**Littler Mendelson, PC**
1150 17th Street, N.W.,
Suite 900
Washington, D.C. 20036

May 10, 2013

Ethan D. Balsam
202.789.3424 direct
202.842.3400 main
202.403.3128 fax
ebalsam@littler.com

**VIA ECF**

The Honorable Roanne L. Mann, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Heckert, et al. v. TruGreen Limited Partnership, et al.*
                Civil Action No. 13-cv-756 (RJD) (RLM)

Dear Magistrate Judge Mann:

      This firm represents defendants TruGreen Limited Partnership and Servicemaster (together, "Defendants") in the above-referenced matter. In accordance with Your Honor's May 8, 2013 Order, the parties have conferred and determined that there is no need for discovery in connection with Defendants' anticipated motion to compel arbitration. Accordingly, the parties will adhere to the following briefing schedule:

      Defendants' Motion to Compel Arbitration Due: June 7, 2013

      Plaintiffs' Memorandum in Opposition Due: June 28, 2013

      Defendants' Reply Memorandum Due: July 12, 2013

      We thank the Court in advance for its attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned.

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/

Ethan D. Balsam

cc:    Michael A. Faillace, Esq. (by ECF)
        Joshua S. Androphy, Esq. (by ECF)

        *Attorneys for Plaintiffs*